No. 03–90. URANGA v. FEDERATED PUBLICATIONS, INC., DBA THE IDAHO STATESMAN. Sup. Ct. Idaho. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 03–102. PENTAGEN TECHNOLOGIES INTERNATIONAL LTD. ET AL. v. CACI INTERNATIONAL INC. ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 03–142. BASS v. E. I. DU PONT DE NEMOURS & CO. C. A. 4th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 03–145. HAMRICK v. BUSH, PRESIDENT OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Certiorari before judgment denied.

No. 03–157. OBABUEKI v. CHOICEPOINT, INC., ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 03–239. SPENCER ET AL. v. GONZALEZ. C. A. 9th Cir. Motion of California State Association of Counties for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 03–255. KENT v. BANK OF AMERICA, N. A., ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 03–300. SAN DIEGO ASSOCIATION OF REALTORS ET AL. v. FREEMAN ET AL. C. A. 9th Cir. Motions of National Association of Realtors and David J. Teece et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.